1 PETER E. BRIXIE, S.B.#124186
Attorney at Law
2 410 Twelfth Street, Suite One
Sacramento, CA 95814
3 Telephone: (916) 658-1880
Facsimile: (916) 658-1884
4
Attorney for ROBERT ROBYN
5

6

7
**UNITED STATES DISTRICT COURT**
8
**EASTERN DISTRICT OF CALIFORNIA**
9

10 | ROBERT ROBYN, | CASE NO.:   2:11-CV-00538-CMK |

11 | Plaintiff, | Stipulation and Order Extending Time to File and Serve Motion |

12 | vs. | |

13 | Michael J. Astrue, Commissioner of Social Security, | |

14

15 | Defendant. | |

16

17     IT IS HEREBY STIPULATED by and between the parties, through their respective

18 undersigned attorneys, and with the permission of the Court as evidenced below, that the Plaintiff's

19 time to file a motion for summary judgment in the above-referenced case is hereby extended to the

20 new filing date of September 26, 2011. The extension is needed due to press of business in plaintiff's

21 attorney's office.

22

23

24

25

26

27

28

1  This is the 1st request for extension by plaintiff.

2

Dated: 8/22/11                                            /s/Peter Brixie
3                                                         PETER BRIXIE
                                                          Attorney at Law
4                                                         Attorney for Plaintiff

5

Dated: 8/23/11
6                                              By:    /s/ Daniel P. Talbert
                                                      DANIEL P. TALBERT
7                                                     U. S. Attorney's Office
                                                      Attorney for Defendant
8

9                                      __ooo__

10  APPROVED AND SO ORDERED

11

12   DATED:  8/24/11

13
                                                _____
14                                              **CRAIG M. KELLISON**
                                                UNITED STATES MAGISTRATE JUDGE